SEALED

s/ dominicfrank

ORDERED UNSEALED on 07/01/2024 s/ dominicfra

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEC ROBERT LESTER,

Defendant.

Case No.: '24 MJ2438 AHG

COMPLAINT FOR VIOLATION OF

Title 21, U.S.C., Sec. 841(a)(1) – Distribution of Fentanyl (Felony)

The undersigned complainant being duly sworn states:

<u>Count 1</u>

On or about January 18, 2024, within the Southern District of California, defendant ALEC ROBERT LESTER, did knowingly and intentionally distribute 40 grams and more, to wit, approximately 299.92 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

<u>Count 2</u>

On or about February 14, 2024, within the Southern District of California, defendant ALEC ROBERT LESTER, did knowingly and intentionally distribute 40 grams and more, to wit, approximately 135.94 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

<u>Count 3</u>

On or about April 6, 2024, within the Southern District of California, defendant ALEC ROBERT LESTER, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Matt Carroll
US Postal Inspector

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 26th day of June 2024

HON. ALLISON H. GODDARD
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

On or about January 22, 2024, postal inspectors in Houston, Texas detained a Priority Mail Express parcel addressed to an address in Houston, Texas. The package had been mailed from the Encanto Post Office in San Diego, California on January 18, 2024. Postal inspectors subsequently searched the parcel pursuant to a federally authorized search warrant and seized two plastic bags. One bag contained approximately 195 gross grams of suspected counterfeit blue M30 Oxycodone pills and the other contained approximately 110 gross grams of multi-colored M30 pills also suspected to be counterfeit. Subsequently, the pills were tested by the US Postal Inspection Service's National Forensic Laboratory and determined to contain N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl) and have a net weight of 190.23 grams and 109.69 grams, respectively. Fentanyl and 4-ANPP are Schedule II controlled substances.

The package reflects that the sender was "Alex Robert" with telephone number (631) xxx-0401. Further, USPS records reflect that the postage was paid with a Sutton Bank (Prepaid) card ending in x8683. Such cards are associated with Block, Inc.'s CashApp accounts. Records provided by Block, Inc. for the CashApp associated with the card ending in x8683 reflect that the card was issued to "Alec Lester" with an address in Lemon Grove, California. Block, Inc. records also reported that the account was tied to same telephone number as the package's sender, *i.e.*, (631) xxx-0401.

According to CLEAR, which is a database and research tool that allows law enforcement to identify individuals through current and historical records such as public utility records and court records, telephone number (631) xxx-0401 is associated with Alec Robert LESTER. CLEAR records also associate LESTER to the address identified on the parcel's return address.

Investigators obtained surveillance footage from the Encanto Post Office and were able to obtain footage of the individual who mailed the package. The individual who mailed the package appears to match the image of LESTER as obtained from his DMV records. Additionally, footage from the parking lot of the Encanto Post Office reflects that the sender drove a silver-colored Nissan Altima. DMV records reflect that LESTER's partner is the registered owner of a Nissan Altima.

On February 14, 2024, postal inspectors were conducting a routine review of outbound parcels at the Margaret L. Sellers Processing and Distribution Center in San Diego, CA. Inspectors identified a package, which reflected that the sender was "AM," LESTER's partner. Postal inspectors subsequently searched the parcel pursuant to a federally authorized search warrant and seized one plastic bag and one ziplock bag containing a total of approximately 140 grams of pills concealed inside a dark colored baby Yoda baseball cap. The two bags containing pills were analyzed at the U.S. Customs and Border Protection Houston Forensics Laboratory and laboratory testing determined that the total weight of the pills was approximately 135.94 grams and were found to contain fentanyl, a Schedule II controlled substance.

Investigators obtained surveillance footage from the Encanto Post Office and were able to obtain footage of the individual who mailed the package. The individual who mailed the package appears to match the image of LESTER as obtained from his DMV records. Additionally, footage from the parking lot of the Encanto Post Office reflects that the sender drove a silver-colored Nissan Altima. DMV records reflect that LESTER's partner is the registered owner of a Nissan Altima. Investigators also obtained video from the parking lot of the Encanto Post Office and observed that the male resembling LESTER exited the Nissan Altima before entering the post office and entered the Nissan Altima after exiting the post office.

On April 8, 2024, postal inspectors learned of a priority mail parcel that was mailed on April 6, 2024. Inspectors learned that a caller that identified themselves as "MH" inquired about the priority mail parcel. Postal inspectors in Houston, TX intercepted the parcel prior to delivery. USPS records reflect that a US Bank VISA card ending in x1024 was used to pay for postage on the parcel. I reviewed US Bank records and learned that this card is associated with the US Bank account of AM, the partner of LESTER". In addition, the card was associated with an address in Lemon Grove, CA, where LESTER resides.

Investigators obtained surveillance footage from the College Grove Post Office and were able to obtain footage of the individual who mailed the package. Based on the individual's height, build, hair color and other features and the facts of this case, I believe this individual resembled LESTER.

On April 10, 2024, postal inspectors in Houston, TX, in an undercover capacity, agents in Houston, TX called MH and told MH that the parcel was available for pick up. MH arrived at the Richmond Post Office in Richmond, TX. A postal inspector, in an undercover capacity as a USPS employee, met with MH at the customer service door. MH advised that he was picking up the parcel. The postal inspector gave MH the parcel and MH left the post office. Deputies with the Fort Bend County Sheriff's Office conducted a traffic stop on MH. Incident to MH's arrest, the parcel was seized.

The parcel contained approximately 30 grams of counterfeit blue M30 Oxycodone pills, which I know through my training and experience, generally contain fentanyl and approximately 13 grams of suspected psilocybin edibles, a Schedule I controlled substance. The pills field tested positive for the presence of fentanyl, a Schedule II controlled substance.

REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause LESTER to flee and/or may cause destruction of evidence and otherwise have a negative impact on this investigation and prosecution.